# IN THE SUPREME COURT OF PENNSYLVANIA
## EASTERN DISTRICT

| | | |
|---|---|---|
| KAREEM JONES, | : | No. 159 EM 2015 |
| Petitioner | : | |
| | : | |
| v. | : | |
| | : | |
| PENNSYLVANIA BOARD OF PROBATION AND PAROLE, | : | |
| Respondent | : | |

## ORDER

**PER CURIAM**

**AND NOW**, this 27th day of January, 2016, the Application for Leave to File Original Process is **GRANTED**, and the Petition for Writ of Mandamus and/or Extraordinary Relief is **DENIED**.

Mr. Justice Eakin did not participate in the consideration or decision of this matter.